AUSA:    John O'Brien          Telephone:  (313) 226-9100
AO 91 (Rev. 11/11)  Criminal Complaint    Special Agent:    Sherri Reynolds    Telephone:  (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Michigan

United States of America
  v.

Donald DESHAZO

Case No.

Case: 2:21-mj-30483
Judge: Unassigned,
 Filed: 10-13-2021 At 05:22 PM
USA v. SEALED MATTER (CMP)(MLW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 6, 2021 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.SC. § 922(g)(1) | Person previoulsy convicted of a felony in possession of a firearm. |
| 18 U.S.C. § 924(c) | Possession of a firearm in furtherance of  drug trafficking. |
| 21 U.S.C. § 841(a)(1) | Possession with the intent to distribute narcotics. |

This criminal complaint is based on these facts:

See attached affidavit

☐ Continued on the attached sheet.

_____
Complainant's signature

Sherri Reynolds Special Agent, ATF
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  ___October 13, 2021___

_____
Judge's signature

City and state:  _Detroit MI_

Hon. Anthony P. Patti, US Magistrate Judge
Printed name and title

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Special Agent Sherri Reynolds, being duly sworn, do hereby state the

following:

## I.   INTRODUCTION

1.      I am a Special Agent, with the Bureau of Alcohol, Tobacco, Firearms

and Explosives (ATF), United States Department of Justice, and have been so

employed since December of 2009.  I am currently assigned to the Detroit Field

Division.  I completed twenty-six weeks of training, which was comprised of the

Criminal Investigator Training Program and the ATF Special Agent Basic Training

program at the Federal Law Enforcement Training Center in Glynco, Georgia.  I

received extensive training on firearms identification, common scenarios involving

firearms and narcotics trafficking, and identification and effects of controlled

substances.  Additionally, I received training on undercover investigations related

to firearms and narcotics trafficking, which included investigative techniques and

common subject behavior

2.      During my federal law enforcement career, I have had the opportunity

to converse with admitted and known narcotics traffickers as to their methods, and

those of their associates, regarding the manufacture, importation, transportation,

distribution and sales of controlled substances, as well as their methods used to

conceal, transport, and launder cash and/or other types of drug proceeds.  I have

become knowledgeable in the methods used by narcotics traffickers to import, conceal, transport, distribute, manufacture, and sell controlled substances, as well as the methods used to conceal, transport, and launder cash and/or other types of drug proceeds.  Through prior investigations and training, I have become familiar with the types and amounts of profits made by drug dealers, and the methods, language, and terms used by persons dealing illegal substances. I am also aware that narcotics trafficking is primarily a cash business.  In addition, drug traffickers often use drug proceeds to purchase additional narcotics to continue and promote the ongoing conspiracy.

3. The statements contained in this affidavit are based on conversations with other law enforcement officers, a review of relevant police reports, and my personal involvement in this investigation. This affidavit summarizes such information but does not provide each and every detail known to law enforcement regarding this investigation; rather it provides information necessary to establish probable cause that Donald DESHAZO (hereinafter "DESHAZO")  violated 18 U.S.C. § 922 (g)(1), person previously convicted of a felony in possession of a firearm, 18 U.S.C. § 924 (c), possession of a firearm in furtherance of drug trafficking and 21 U.S.C. § 841(a)(1)(A), possession with the intent to distribute narcotics.

## II.    PROBABLE CAUSE

4.      On October 6, 2021, at approximately 2300 hours, a Michigan State
Police (MSP) Trooper was on patrol in Detroit, MI, in a marked patrol vehicle.
While on patrol, the MSP trooper observed a Buick Verano bearing the MI license
plate EGB0309 traveling north on Interstate 75.  A query of this vehicle through
law enforcement databases showed that the vehicle was registered to Octavia
Taylor at 25446 Gunston Avenue, Warren, MI.  This query also showed the
vehicle did not have valid insurance. The MSP Trooper initiated the emergency
lights on the vehicle and conducted a traffic stop of the Buick Verano.

5.      The MSP Trooper contacted the driver of the vehicle, who was the
sole occupant.  The driver provided a driver's license that identified the driver as
DESHAZO.  A query of DESHAZO through law enforcement databases for any
outstanding warrants showed DESHAZO had a felony warrant issued for Fleeing
and Eluding in Detroit, MI, in July 2021.  The MSP Trooper advised DESHAZO
of the warrant and requested DESHAZO exit the vehicle.  DESHAZO complied
with the request and was taken into custody.

6.      DESHAZO voluntarily informed the MSP Trooper that DESHAZO
had a pistol on his person and did not have a concealed pistol license.  The MSP
Trooper then searched DESHAZO's person and located a Glock, model 33, .357
caliber pistol, bearing the serial number BHFU418 that was loaded with 14 rounds

3

of ammunition, including one round of ammunition that was chambered. The firearm was in the waistband of DESHAZO's pants inside of a holster. DESHAZO also had approximately $2,400.00 in cash on his person as well. A query of this firearm through law enforcement databases showed the firearm was not reported stolen and had no registered owner.

7.     The MSP Trooper obtained consent from DESHAZO and proceeded to conduct a search of the vehicle as it was going to be towed. The MSP Trooper located a Target bag in the center console of the vehicle that contained approximately 59 grams of suspected marijuana packaged in two clear plastic bags, 101 grams of suspected heroin in one clear plastic bag, 53 grams of suspected black tar heroin in one clear plastic bag and a black digital scale. DESHAZO was arrested and transported to jail for processing. The vehicle was towed from the location to the impound lot.

8.     On October 7, 2021, law enforcement conducted a Thermo Fishcer Scientific test on the 101 grams of suspected heroin and found it tested positive for fentanyl.

9.     I reviewed DESHAZO's Computerized Criminal History (CCH), and it revealed that between 1992 and 2013, DESHAZO has been convicted for felony offenses in eight separate cases. DEHSAZO has pleaded guilty charges in his previous cases. Based upon this, there is probable cause to believe that DESAHZO

is aware that he is a previously convicted felon.  As such, when DESHAZO

possessed a firearm, he knowingly violated Title 18, United States Code, Section

922(g)(1).

10.     On October 8, 2021, I contacted ATF interstate nexus expert Special

Agent Michael Jacobs who reported the Glock, model 33, .357 caliber pistol bearing

the serial number BHFU418 that was recovered from DESHAZO was manufactured

outside the state of Michigan.  Therefore, the firearm has traveled in and affected

interstate commerce.

### III.   CONCLUSION

11.     Probable cause exists that DESHAZO did knowingly and intentionally

possess a firearm in Detroit, MI, Eastern District of Michigan, said firearm having

travelled in interstate commerce, in violation of Title 18, United States Code, Section

922(g) (1), an individual who was a felon in possession of a firearm.  DESHAZO was

also in possession of a firearm in furtherance of drug trafficking in violation of Title

18, United States Code, Section 924(c) and was in possession of narcotics for

distribution in violation of Title 21, United States Code, Section 841(a) (1)(A).

Sherri Reynolds
Special Agent, ATF

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. ANTHONY P. PATTI    October 13, 2021
UNITED STATES MAGISTRATE JUDGE

6