UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                    Case No. 2:21–mj–30483–DUTY

Donald Deshazo,

                Defendant(s),

**ORDER FOR DISMISSAL OF COMPLAINT**

    This matter coming before the Court on the Government's motion, with notice having been provided to the defense, for the reasons stated in the Government's motion, the Court grants the Government leave to dismiss the complaint against Donald Deshazo.

    Accordingly, it is hereby ordered that the Complaint against Donald Deshazo be dismissed and that the Appearance Bond, if any, and the Order Setting Conditions of Release be cancelled.

                                          s/David R. Grand
                                          David R. Grand
                                          U.S. Magistrate Judge

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/E. Butts
                                            Case Manager

Dated:  November 4, 2021